UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,            )
                                     )   No. CR05-270-RSL
                    Plaintiff,       )
        v.                           )
                                     )   ORDER DENYING RELEASE
TUYET THI BACH NGUYEN,               )   PENDING APPEAL
                                     )
                    Defendant.       )
_____)

This matter comes before the Court on defendant's "Motion for Release Pending Appeal" (Dkt. #345). The Court, having considered the memoranda and oral arguments of both parties, finds that defendant's motion should be denied. The Court instead suggests, and the parties have agreed, to jointly apply to expedite the appeal to the Court of Appeals.

The Court finds that although defendant has raised a substantial question of law and is neither a flight risk nor a danger to the community, an expedited appeal, which is likely to take nine to twelve months, is not likely to result in a reduced sentence "less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(iv). Even using defense counsel's proffered calculations of up to six months per count, a reduced sentence could likely total eighteen months, substantially more than the time served during an expedited appeal process.

The Court is also concerned that the appeal is partially for the purpose of delay and that nine years between the crime and punishment is long enough to justify having this sentence served now. 18 U.S.C. § 3143(b).

ORDER DENYING RELEASE PENDING APPEAL

Therefore, defendant's motion is denied.

Dated this 13th day of October, 2009.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING RELEASE PENDING APPEAL -2-